UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
LENWORTH LOCKE, JR.,

                                Plaintiff,

         - against -

CITY OF NEW YORK, P.O. DANIEL CASTALDO,
P.O. MARC FONTANA, SUPERVISORS JOHN DOE 1-3
(Their true names and identities presently unknown),
Sued In Their Individual and Official Capacities,

                              Defendants.
---------------------------------------------------------------------------X

**COMPLAINT
WITH JURY DEMAND**

Case Action No. :

16-CV-6825

Plaintiff LENWORTH LOCKE, JR., by and through his attorneys, the law office of

AVALLONE & BELLISTRI, LLP, complaining of Defendants, alleges as follows:

1.      This action is hereby commenced for the purpose of seeking to secure protection

of, and to redress the deprivation of, rights secured and protected by the United States

Constitution, 42 U.S.C. §§ 1983,       1985 and 1986, First, Fourth, Eighth and Fourteenth

Amendments, and pendent claims under the constitution and laws of the State of New York and

City of New York,

2.      Additionally, this claim seeks money damages, both accrued and prospective, on

behalf of Plaintiff and attorney's fees pursuant to 42 U.S.C. § 1988.

## JURISDICTION

3.      The jurisdiction of this Court is invoked based upon federal questions and

pursuant to the Constitution of the United States, the New York State Constitution, 28 U.S.C. §§

1331, 1343(3) and (4), as well as 42 U.S.C. § 2000e through § 2000e (15).

4.      This Court has supplemental jurisdiction over the federal claims pursuant to 28

U.S.C. § 1367.

5.      Jurisdiction is also invoked under the doctrine of pendant jurisdiction with respect

to any and all state claims set forth in all counts.

6.      The rights, privileges and immunities sought herein to be redressed are those secured by the First, Fourth, and Eighth Amendments and by the equal protection and due process clauses of the Fourteenth Amendment of the United States Constitution, as well as provisions against race discrimination, 42 U.S.C. §§ 1981, 1983, 1985 and 1986 along with applicable provisions of the New York State Constitution, the New York State Executive Law and the New York City Human Rights Law.

**VENUE**

7.      Venue is proper within the Southern District of this Honorable Court, City of New York, State of New York, as the course of Defendants' conduct took place within the boundaries of Kings County (Brooklyn), and the instant causes of action are based upon violations of the New York State Constitution, the New York State Executive Law and the New York City Human Rights Law.

**PARTIES**

8.      Plaintiff LENWORTH LOCKE, JR. is an African-American male over twenty-one (21) years of age and a resident of Kings County, New York.

9.      Defendant CITY of NEW YORK ("CITY") was and is a municipal corporation organized and existing under, and by virtue of, the laws of the State of New York, and a political subdivision of the State of New York.

10.      Defendant CITY is an employer within the definitions contained in 42 U.S.C. § 2000-E, employing more than fifteen (15) employees, and is engaged in an industry affecting commerce. The CITY maintains a police department and at all relevant times employed the individual defendants as police officers for the NYPD.

11.      Defendant P.O. DANIEL CASTALDO ("CASTALDO"), at all times relevant to this Complaint, was an employee of the CITY, a member of the NYPD, stationed at the 70th

Precinct located at 154 Lawrence Avenue, Brooklyn, N.Y. Defendant CASTALDO is sued in his individual and official capacities.

12.     Defendant P.O. MARC FONTANA ("FONTANA"), at all times relevant to this Complaint, was an employee of the CITY, a member of the NYPD, stationed at the 70th Precinct located at 154 Lawrence Avenue, Brooklyn, N.Y. Defendant FONTANA is sued in his individual and official capacities.

**NOTICE OF CLAIM**

13.     That on or about March 22, 2016, Plaintiff (then Claimant) caused a written Notice of Claim to be served upon the Defendants, which said Notice of Claim set forth the name and post office address of Plaintiff herein, nature of the claim, the time when, the place where and the manner in which the claim herein sued upon arose and the items of damages or injuries claimed to have been sustained, so far as then practicable.

14.     That a copy of the Notice of Claim filed electronically with the City is annexed hereto, made a part hereto and incorporated by reference herein. (See, Exhibit A).

15.     That at least thirty days have elapsed prior to the commencement of this action since the service of the Notice of Claim as aforesaid, and payment thereof has been neglected and/or refused by the Defendants.

16.     That the Defendants conducted a hearing on the claim pursuant to New York General Municipal Law section 50-h on May 23, 2016.

**RELEVANT FACTS**

17.     Upon information and belief, at all relevant times stated herein, CITY employed CASTALDO and FONTANA as police officers for the NYPD.

18.     That at all relevant times herein, CITY was aware or should have been aware of CASTALDO's and FONTANA's propensity for violence and abuse of their authority as police officers for the NYPD.

19.     That despite being aware of CASTALDO's and FONTANA's propensity for violence and abuse of their authority as police officers for the NYPD, CITY and its agents and employees failed to intercede and approved, condoned or otherwise permitted CASTALDO and FONTANA to continue in their position as NYPD police officers.

20.     On or about December 27, 2013, at approximately 3:45 pm near 2201 Nostrand Avenue, Brooklyn, NY Plaintiff was manhandled, assaulted and battered by CASTALDO and FONTANA when he was physically thrown on to the hook of the police vehicle, handcuffing him in full view of numerous bystanders and falsely arrested Plaintiff for a concocted and nonexistent warrant for his arrest.

21.     On or about December 27, 2013 CASTALDO and FONTANA conspired with other officers at the 70th Precinct and made false statements regarding Plaintiff regarding a false allegation that there was a warrant issued against Plaintiff.  No Warrant existed at the time of Plaintiff's arrest.

22.     On or about December 27, 2013 CASTALDO and FONTANA near 2201 Nostrand Avenue, Brooklyn, NY abused their authority as police officers when they unlawfully stopped the Plaintiff.

23.     On or about December 27, 2013 CASTALDO and FONTANA near 2201 Nostrand Avenue, Brooklyn, NY abused their authority as police officers when they unlawfully searched the Plaintiff.

24.     On or about December 27, 2013 CASTALDO and FONTANA near 2201 Nostrand Avenue, Brooklyn, NY abused their authority as police officers when they unlawfully issued a summons to the Plaintiff while in police custody.

25.     On or about December 27, 2013 CASTALDO and FONTANA near 2201 Nostrand Avenue, Brooklyn, NY verbally abused Plaintiff by referring to him as "Faggot" and "Dickhead" while on the hood of the police vehicle.

25.     On or about December 27, 2013 CASTALDO and FONTANA where discourtesy and subjected the Plaintiff to ridicule to in route to the 70th Precinct after they falsely arrested him for a non-existent warrant.

26.     The abuse of authority by CASTALDO and FONTANA was captured on video by a bystander and witnesses by many since the incidents occurred in public view.

27.     Defendant CASTALDO and FONTANA knew or should have known that the reason they gave leading to Plaintiff's arrest were false and that Plaintiff's arrest was not based upon probable cause.

28.     Plaintiff was transported to the 70th Precinct by Defendants CASTALDO and FONTANA where he was processed, handcuffed and placed in a cell with other prisoners who had been arrested and charged with serious felonies.

29.     After remaining in a cell for numerous hours, Plaintiff was later transported to central booking with other felons and subsequently taking to court for arraignment.

30.     Plaintiff appeared before a Judge in Criminal Court, Kings County and dismissed the charges against the Plaintiff on the basis that the grounds for his arrest were unfounded and false.

31.     Plaintiff filed a complaint with the NYC Civilian Complaint Review Board ("CCRB") on January 2, 2014 and an investigation was commenced.

32.     On or about August 14, 2014 the CCRB substantiated Plaintiff's allegation regarding the Defendants' abuse of authority.

33.     On or about March 7, 2016, Plaintiff appeared at NYPD Headquarters at 1 Police Plaza to testify against the Defendant CASTALDO and FONTANA.

34.     On March 7, 2016, upon information and belief, Defendants CASTALDO and FONTANA were found guilty at a departmental hearing regarding the Plaintiff's false arrest.

35.     That Defendant CITY's agents, employees and supervisors from the NYPD all had an opportunity to prevent the false arrest of the Plaintiff and violated his civil rights, but all neglected to do so.

36.     That Defendant CITY's NYPD and Police Supervisors were made aware, by witnesses statements and video at the time of Plaintiff's arrest and continuously thereafter, that the charges filed by CASTALDO and FONTANA were false and entirely baseless.

37.     Plaintiff was unlawfully stopped and frisked, arrested and maliciously prosecuted solely because of his race.

38.     Defendant CITY by its agents and employees has failed to intercede to remove Defendants CASTALDO and FONTANA from the NYPD and rather have covered-up their misconduct, abuse of authority and violent tendencies.

39.     The abuse of authority and assault of the Plaintiff by CASTALDO and FONTANA could have been prevented had they been properly trained and supervised.

40.     The conduct of the Defendants towards Plaintiff, as set forth above, was without cause or justification, constituted assault and battery on the person of the Plaintiff by Defendants.

41.     This conduct was intentionally, recklessly and negligently directed at Plaintiff by the Defendant CITY, through the actions of Defendants CASTALDO and FONTANA, employees, agents and/or servants, acting individually and within the scope of their employment with the NYPD.

42.     Plaintiff has been damaged and suffered serve bodily injury, emotional distress, mental anguish, embarrassment and humiliation, damage to reputation and conscious pain and suffering as a result of the intentional and negligent conduct by Defendants.

## AS AND FOR A FIRST CLAIM PURSUANT TO
## 42 U.S.C. § 1983 FOR EQUAL PROTECTION VIOLATIONS
## AGAINST ALL INDIVIDUAL DEFENDANTS

43.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "42" with the same force and effect as if fully set forth herein.

44.     Throughout the events recited herein, the individual Defendants, while acting under the color of law, subjected the Plaintiff to the deprivation of rights, privileges and immunities secured by the Constitution and laws of the United States, and specifically the Equal Protection and Due Process guarantees of the Fourteenth Amendment of the Constitution, and Freedom of Speech pursuant to the First and Fifth Amendments of the Constitution.

45.     Plaintiff has been deprived of her right to procedural due process in that she was denied a position to which she was constitutionally entitled to under the Collective Bargaining Agreement.

46.     Plaintiff was denied Equal Protection in that he is a member of a protected class, he suffered adverse actions by and the actions of Defendants occurred under conditions giving rise to an inference of discrimination.

47.     Plaintiff's First Amendment right to free speech was violated by Defendants in retaliation for complaints Plaintiff made, and Defendants retaliatory actions would deter similarly situated individuals of ordinary firmness from exercising his constitutional rights.

48.     Plaintiff has been deprived of his Constitutional Rights to be free of abuse of authority based upon his race and has been damaged and suffered emotional distress, economic damages and conscious pain and suffering as a result of these actions.

49.     The actions of Defendants, in depriving Plaintiff of his constitutional and civil rights, as hereinbefore stated, were willful and malicious acts.

50.     In addition to Plaintiff, upon information and belief, Defendants have similarly violated the rights of other black males, all as part of a deliberate policy and practice and a deliberate course of conduct.

51.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

52.     Based on the foregoing, Plaintiff is entitled to punitive and exemplary damages in the sum of ONE MILLION DOLLARS ($1,000,000.00).

**AS AND FOR A SECOND CLAIM PURSUANT TO
42 U.S.C. § 1983 FOR CONSPIRACY VIOLATIONS
<u>AGAINST ALL INDIVIDUAL DEFENDANTS</u>**

53.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "52" with the same force and effect as if fully set forth herein.

54.     Defendants, acting under color of federal and state law, conspired with one another and the district attorney's office to deprive Plaintiff of his constitutional rights, including the rights to be free from intentional use of unreasonable force, to not be subjected to cruel and unusual punishment, and by fabricating and contriving purported misconduct by Plaintiff in order to attempt to justify Defendants' actions.

55.     As part of the conspiracy, the Defendants did, without cause or justification, among other acts, physically assaulted and batter Plaintiff by throwing him on to the hood of their police vehicle and placing handcuffs on him in full view of pedestrians and witnesses, falsely arrest Plaintiff, maliciously prosecute Plaintiff, subject Plaintiff to excessive and unjust force, stop and frisk, and in furtherance of the conspiracy and in order to cover up their wrongful acts, Defendants engaged in the following conduct intentionally, carelessly, negligently, wrongfully and recklessly:

a.      Falsely arresting and imprisoning Plaintiff;

b.      Fabricating and contriving criminal charges lodged against Plaintiff and thereafter maliciously prosecuting Plaintiff;

c.      Fabricating and contriving stories about Plaintiff;

d.      Violating Plaintiff's rights, privileges and immunities as guarantees under the United States Constitution, under 42 USC §1983 and under the constitution and laws of State of New York.

56.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

57.     Based on the foregoing, Plaintiff is entitled to punitive and exemplary damages in the sum of ONE MILLION DOLLARS ($1,000,000.00).

**AS AND FOR A THIRD CLAIM PURSUANT TO
42 U.S.C. § 1983 FOR STOP AND SEARCH/FRISK
<u>VIOLATIONS AGAINST ALL INDIVIDUAL DEFENDANTS</u>**

58.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "57" with the same force and effect as if fully set forth herein.

59.     Defendants, acting under color of federal and state law, deprive Plaintiff of his constitutional rights, including the rights to be free from excessive and unreasonable stop and search with no rational relation to a legitimate penological purpose when Defendants had no reasonable suspicion or rational reason to justify a stop and frisk/search and conducting the search in a deliberately humiliating manner by subjecting Plaintiff to a stop and frisk in full view of other pedestrians while being forcibly arrested on the hood of the police car.

60.     The Individual Defendants intentionally and recklessly violated the Plaintiff's rights to privacy and to be free from unreasonable searches, in violation of his rights under the Fourth Amendment to the United States Constitution.

61.     The CITY and members of the NYPD were grossly negligent and/or deliberately indifferent in their supervision of NYPD employees who subjected the Plaintiff to the unlawful stop and search.

62.     By creating and approving the policy and practice under which the Plaintiff was subjected to the stop and search/frisk CITY and the Individual Defendants intentionally or recklessly violated Plaintiff's right to be free from unlawful abuse of authority under the Due Process Clause of the Fifth Amendment and Equal Protection Clause to the United States Constitution.

63.     As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological injury, emotional distress, humiliation, embarrassment, and monetary damages.

64.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

65.     Based on the foregoing, Plaintiff is entitled to punitive and exemplary damages in the sum of ONE MILLION DOLLARS ($1,000,000.00).

## AS AND FOR A FOURTH CLAIM PURSUANT TO
## 42 U.S.C. § 1983 FOR UNREASONABLE AND EXCESSIVE FORCE
## VIOLATIONS AGAINST ALL INDIVIDUAL DEFENDANTS

66.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "65" with the same force and effect as if fully set forth herein.

67.     Defendants, acting under color of law, federal and state, deprived Plaintiff of his constitutional rights to be free from excessive and unreasonable force.

68.     The conduct of the Defendants towards Plaintiff constituted assault and battery upon the Plaintiff by Defendants.

69.     This conduct was intentionally, recklessly and negligently directed at Plaintiff by Defendants, acting individually and within the scope of their employment with the CITY and the NYPD and under color of law.

70.     The aforementioned occurrence was caused by the wrongful, careless, reckless, negligent and intentional acts of Defendants.  Such conduct violated the Plaintiff's rights, privileges and immunities as guaranteed by the First, Fourth, and Fourteenth Amendments of the U.S. Constitution, under 42 USC §1983 and under the laws and constitution of the State of New York.

71.     As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological injury, emotional distress, humiliation, embarrassment, and monetary damages.

72.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

73.     Based on the foregoing, Plaintiff is entitled to punitive and exemplary damages in the sum of ONE MILLION DOLLARS ($1,000,000.00).

## AS AND FOR A FIFTH CLAIM PURSUANT TO
## 42 U.S.C. § 1983 FOR FALSE ARREST, FALSE IMPRISONMENT
## AND MALICIOUS PROSECUTION AGAINST ALL INDIVIDUAL DEFENDANTS

74.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "73" with the same force and effect as if fully set forth herein.

75.     Defendants, acting under color of law, federal and state, deprived Plaintiff of his constitutional rights to be free from false arrest, false imprisonment and malicious prosecution.

76.     As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological injury, emotional distress, humiliation, embarrassment, and monetary damages.

77.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

78.     Based on the foregoing, Plaintiff is entitled to punitive and exemplary damages in the sum of ONE MILLION DOLLARS ($1,000,000.00).

## AS AND FOR A SIXTH CLAIM PURSUANT TO
## 42 U.S.C. § 1983 FOR SUPERVISORY LIABILITY AND FAILURE
## TO INTERCEDE AGAINST ALL INDIVIDUAL DEFENDANTS

79.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "78" with the same force and effect as if fully set forth herein.

80.     The Supervisory Defendants who oversee and supervise the conduct of the police officers employed by the NYPD, including Defendants CASTALDO and FONTANA, by their conduct under color of law, federal and state, had opportunities to intercede on behalf of the Plaintiff to prevent his false arrest, excessive use of force and unreasonable continued seizure upon Plaintiff, but due to their intentional and deliberate indifference, declined or refused to do so, and failed to properly supervise the subordinate officers in their charge.

81.     As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological injury, emotional distress, humiliation, embarrassment, and monetary damages.

82.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

83.     Based on the foregoing, Plaintiff is entitled to punitive and exemplary damages in the sum of ONE MILLION DOLLARS ($1,000,000.00).

## AS AND FOR A SEVENTH CLAIM PURSUANT TO
## RESPONDEAT SUPERIOR

84.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "83" with the same force and effect as if fully set forth herein.

85.     At all relevant times, Defendants were acting for, upon and in furtherance of the business of their employer the CITY and the NYPD and within the scope of their employment.

86.     Consequently, the CITY is liable under the doctrine of respondeat superior for their tortious actions.

87.     As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological injury, emotional distress, humiliation, embarrassment, and monetary damages.

88.     As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

## AS AND FOR AN EIGHTH CLAIM PURSUANT TO
## NEGLIENT HIRING AND SUPERVISION

89.     The Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "88" with the same force and effect as if fully set forth herein.

90.     At the time of the incident described herein, the Defendants CASTALDO and FONTANA were in the employ and acting as agents for Defendant CITY.

91.     Defendants CASTALDO and FONTANA had been hired and trained by defendant CITY for the position of Police Officer.

92.     As employees and agents of the CITY, Defendants CASTALDO and FONTANA were at all relevant times under the supervision of their Supervisors from the NYPD and the CITY.

93.     On information and belief, Defendant CITY hired and trained Defendants CASTALDO and FONTANA with disregard for their propensities for violent and abusive activity toward and disregard of the civil rights of individuals, as evidenced by the actions set forth herein.

94.     On information and belief, Defendant CASTALDO and FONTANA had propensities for violent and abusive activity toward and disregard of the civil rights of individuals, as evidenced by the actions set forth herein.

95.     On information and belief, Defendant CITY and its agency the NYPD, including, but not limited to Defendant Supervisors "John Doe 1-3" had propensities for  failing to intervene, as required by law, when a member of the public is having his rights violated by members of their own ranks, as evidenced by other incidents known to Defendant CITY.

96.     Defendant CITY and the NYPD breached their duty to the public and the Plaintiff specifically by either intentionally or negligently hiring Defendants CASTALDO and FONTANA and Supervisors "John Doe 1-3" who possessed of such propensities for illegal activity, violence abuse and disregard of civil rights.

97.     Defendant CITY and its agency the NYPD breached their duty to the public and Plaintiff specifically by deploying Defendants CASTALDO and FONTANA and Supervisors "John Doe 1-3" without first properly screening the hiring of and training of them.

98.     Defendant CITY and its agency the NYPD breached their duty to the public and Plaintiff specifically by failing to properly supervise Defendants CASTALDO and FONTANA and Supervisors "John Doe 1-3", and in retaining employees despite knowledge of and

exhibition of abusive and violent propensities and disregard for civil rights of the public and individuals in their custody.

99.    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological injury, emotional distress, humiliation, embarrassment, and monetary damages.

100.    As a result of the aforesaid wrongful, reckless and intentional acts of the Defendants, the Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

## JURY TRIAL

101.    Plaintiff demands a trial by jury on all issues in this action that are so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that this honorable Court grant the following relief:

1.    Declare that the aforementioned actions of Defendants were unconstitutional and in violation of the United States Constitution, the New York State Constitution and New York City Human Rights Law and Administrative Code, along with all applicable statutes;

2.    Declare that the aforementioned discriminatory actions of Defendants were in violation of 42 U.S.C. § 1983, New York State Executive Law § 296, et seq. and the New York City Human Rights Law, N.Y.C. Administrative Code §§ 8-107, et seq.;

3.    As and for Plaintiff's First Claim, grant Plaintiff the sum of $1,000,000.00;

4.    As and for Plaintiff's Second Claim, grant Plaintiff the sum of $1,000,000.00;

5.    As and for Plaintiff's Third Claim, grant Plaintiff the sum of $1,000,000.00;

6.    As and for Plaintiff's Fourth Claim, grant Plaintiff the sum of $1,000,000.00;

7.    As and for Plaintiff's Fifth Claim, grant Plaintiff the sum of $1,000,000.00;

8.    As and for Plaintiff's Sixth Claim, grant Plaintiff the sum of $1,000,000.00;

9.    As and for Plaintiff's Seventh Claim, grant Plaintiff the sum of $1,000,000.00;

10.    As and for Plaintiff's Eighth Claim, grant Plaintiff the sum of $1,000,000.00;

11.    Grant Plaintiff all costs for this action, including reasonable attorney's fees; and

12.    Grant Plaintiff such other and further relief as this Court may deem just and proper.


Dated: December 3, 2016
       Lake Success, New York

                                        Yours, etc.,

                                        AVALLONE & BELLISTRI, LLP
                                        Attorneys for Plaintiff

                            BY:                          
                                        ROCCO G. AVALLONE, ESQ
                                        3000 Marcus Avenue, Suite 3E07
                                        Lake Success, New York 11042
                                        516-986-2500

# EXHIBIT "A"



www.comptroller.nyc.gov

**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

_____
**Scott M. Stringer**
**COMPTROLLER**

015 - 151

Date:           3/25/2016
Claim Number: 2016PI008826
RE:             Acknowledgment of Claim

LENWORTH, JR. LOCKE  c/o  AVALLONE & BELLISTRI
3000 MARCUS AVE SUITE 3E07
LAKE SUCCESS NY  11042
RAVALLONE@LAWYERSAB.COM

Dear Claimant:

    We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

    We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

    If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims, or 212-669-4426 for claims involving personal injury.

                                    Sincerely,

                                    Bureau of Law & Adjustment

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-3916.

Your Receipt Number is the following:

**201600022922**

**You uploaded:**
Claim Form: 1
Supporting Documents:0

3/22/2016 12:24 PM
Claimant Last Name:LOCKE
Claimant First Name:LENWORTH, JR.

New York City Comptroller
Scott M. Stringer (http://comptroller.nyc.gov)

| The Office of | General |
| --- | --- |
| the Comptroller (http://comptroller.nyc.gov/office-of-the-comptroller/duties-of-the-comptroller) | Information (http://comptroller.nyc.gov/general-information) |

You are here: Home & RFPs (http://comptroller.nyc.gov/forms-n-rfps) > Filing Claims (http://comptroller.nyc.gov/forms-n-rfps) > E-Claims Filing

My Money & RFPs (http://comptroller.nyc.gov/forms-n-rfps) > Filing Claims (http://comptroller.nyc.gov/forms-n-rfps) > E-Claims Filing

Newsroom (http://comptroller.nyc.gov/newsroom)    Help (http://comptroller.nyc.gov/help/constituent-intake-form)

What would you like to do?

General Information
(http://comptroller.nyc.gov/general-
information/nyc-
bonds/general-
information)

Become a Prequalified CPA
Firm
(http://comptroller.nyc.gov/forms-
n-rfps/become-a-prequalified-
cpa-firm)

Cerificate of Residence
Application
(http://comptroller.nyc.gov/forms-
n-rfps/certificate-of-residence-
application)

EFT Pension Form Information
(http://comptroller.nyc.gov/forms-
n-rfps/eft-pension-form-
information)

Filing Claims
(http://comptroller.nyc.gov/forms-
n-rfps/filing-claims)

Freedom Of Information Law
(FOIL) Requests
(http://comptroller.nyc.gov/forms-
n-rfps/freedom-of-information-
law-foil-requests)

Prevailing Wage Forms
(http://comptroller.nyc.gov/forms-
n-rfps/prevailing-wage-forms)

Retainage and Franchise
(http://comptroller.nyc.gov/forms-
n-rfps/retainage-and-franchise)

RFPs & Solicitations
(http://comptroller.nyc.gov/forms-
n-rfps/rfps-n-solicitations)

Suggest An Audit
(http://comptroller.nyc.gov/forms-
n-rfps/suggest-an-audit)

W-9 Substitute and W-8
(http://comptroller.nyc.gov/forms-
n-rfps/w9substitute-w8)

# E-Claims Filing

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information
provided is true and correct to the best of your knowledge and belief.
You also understand that the willfull making of any false statement of
material fact herein may subject you to criminal penalties and civil
liabilities. Please allow up to 30 days to receive an e-mail
acknowledging your claim.

If you have any questions, please contact 212-669-3916.

Your Receipt Number is the following:

**201600022922**

**You uploaded:**
Claim Form:              1
Supporting Documents: 0

3/22/2016 12:24 PM
Claimant Last Name:    LOCKE
Claimant First Name:    LENWORTH, JR.

| Done | Download Receipt |
| --- | --- |

The Comptroller

About Scott M. Stringer
(http://comptroller.nyc.gov/office-
of-the-comptroller/about-
scott-stringer/)

Duties of the Comptroller
(http://comptroller.nyc.gov/office-
of-the-comptroller/duties-of-
the-comptroller/)

Inaugural Address
(http://comptroller.nyc.gov/office-
of-the-
comptroller/inaugural-
address/)

NYC Comptrollers (1802 –
Present)
(http://comptroller.nyc.gov/office-
of-the-comptroller/nyc-
comptrollers/)

The Administration

First Deputy Comptroller
(http://comptroller.nyc.gov/the-
administration/alaina-gilligo)
(http://comptroller.nyc.gov/the-

General Information
(http://comptroller.nyc.gov/general-
information)

1099-Misc & 1099-INT
Reporting
(http://comptroller.nyc.gov/general-
information/1099-misc-
1099-int-reporting)

Banking Development
Districts
(http://comptroller.nyc.gov/general-
information/banking-
development-districts)

Comptroller's Directives
(http://comptroller.nyc.gov/general-
information/comptroller-
directives)

Contract Registration
(http://comptroller.nyc.gov/general-
information/contract-
registration)

Doing Business with the
Comptroller
(http://comptroller.nyc.gov/general-
information/doing-business-
with-comptroller)

Forms & RFPs

Become a Prequalified CPA
Firm
(http://comptroller.nyc.gov/forms-
n-rfps/become-a-
prequalified-cpa-firm)

Certificate of Residence
Application
(http://comptroller.nyc.gov/forms-
n-rfps/certificate-of-
residence-application)

Claims
(http://comptroller.nyc.gov/forms-
n-rfps/claims)

EFT Pension Form
Information
(http://comptroller.nyc.gov/forms-
n-rfps/eft-pension-form-
information)

Freedom Of Information
Law (FOIL) Requests
(http://comptroller.nyc.gov/forms-
n-rfps/freedom-of-
information-law-foil-
requests)



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

Form Version:   NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence,* you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:**   ○ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Avallone |
| First Name: | Rocco |
| Relationship to the claimant: | Attorney |

◉ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | Avallone & Bellistri, LLP |
| Firm or First Name: | |
| Address: | 3000 Marcus Avenue |
| Address 2: | Sutie 3E7 |
| City: | Lake Success |
| State: | NEW YORK |
| Zip Code: | 11042 |
| Tax ID: | |
| Phone #: | 5169862500 |
| Email Address: | ravallone@lawyersab.com |

**Claimant Information**

| | |
|---|---|
| *Last Name: | LOCKE |
| *First Name: | LENWORTH, JR. |
| Address: | 676 E. 21st Street |
| Address 2: | |
| City: | Brooklyn |
| State: | NEW YORK |
| Zip Code: | 11226 |
| Country: | |
| Date of Birth: | *Format: MM/DD/YYYY* |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | *Format: MM/DD/YYYY* |
| Phone: | |
| Email Address: | |
| Occupation: | |
| City Employee? | ○ Yes  ◉ No  ○ NA |
| Gender | ◉ Male  ○ Female  ○ Other |



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 03/07/2016 | Format: MM/DD/YYYY |
| Time of Incident: | | Format: HH:MM AM/PM |

| | | | |
|---|---|---|---|
| | | Address: | Flatbush Ave. and Ave. H |
| | CCRB Hearing #2013-12036 on March 7, 2016 found Police Officers guilty for violating Claimants rights for falsely arresting and prosecuting him. | Address 2: | |
| *Location of Incident: | | City: | Brooklyn |
| | | State: | NEW YORK |
| | | Borough: | BROOKLYN (KINGS) |

**\*Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

On December 2013 at approx. 3:00pm, while Claimant and his friends were lawfully in a store, 2 police officers from 70th Precinct for no lawful reason manhandled, assaulted and battered  Claimant by physically throwing him on to the hood of the police car, striking him, handcuffing him and thrown into the police car despite Claimant not breaking any laws.  Claimant was called "Faggot" and "Dickhead" while on the police car hood.  The police officers falsely claimed that there was a warrant for Claimant's arrest.  This was not true.  Claimant was transported to the 70th Pct. where he was processed, Handcuffed, placed in a cell with violent alleged criminals, finger printed and photographed.  He was later transported to central booking with felons and placed in a cell with the felons and subsequently brought before a judge who throw the charges out on the bases that the grows for his arrest where unfounded and false.

Claimant subsequently filed a complaint with the CCRB against the 2 Police Officers that falsely arrested him.  The CCRB held a hearing against the 2 Police officers  who plead guilty to the allocations against them filed by Claimant and prosecuted by the CCRB Advocate Simone Manigo.

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

Claimant was Falsely Arrested and Maliciously Prosecuted based on false charges against an African American man. Claimant was assaulted and battered by NYPD Officers while being falsely arrested and transported to the 70th Pct. The NYPD failed to train and/or supervise and improperly retention of these 2 police officers who had prior CCRB complaints filed against them.  Said conduct was found to be actuate by the CCRB in March 7, 2016 under CCRB # 2013-12036.  Claimant has never been arrested prior to this incident in December 2013.  As a result, Claimant suffered extreme emotional distress, mental anguish, humiliation and embarrassment.



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?    ◯ Yes   ◯ No   ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

 New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Witness 1 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 4 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 2 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 5 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 3 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 6 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Complete if claim involves a NYC vehicle**

### Owner of vehicle claimant was traveling in

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

### Non-City vehicle driver

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

### Insurance Information

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

### Non-City vehicle information

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

### City vehicle information

| | |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**

○ Driver ○ Passenger
○ Pedestrian ○ Bicyclist
○ Motorcyclist ○ Other

| **\*Total Amount Claimed:** | $250,000.00 | *Format: Do not include "$" or ",".* |
|---|---|---|

_____   _____
Date                                              Signature of Claimant

State of New York
County of

I, _____, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day_____

Signature of
Claimant_____   Signature of notary_____

**\* Denotes required field(s).**                                              **Page 5 of 5**